**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/13/2022

July 13, 2022

MEMO ENDORSED

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So Ordered
Colleen McMahon
7/13/2022

Re: <u>United States</u> v. <u>Terrence Turner</u>, 22 Cr. 82 (CM)

Dear Judge McMahon:

    In advance of the bail hearing scheduled for tomorrow for the defendant Terrence Turner, the parties have conferred and agreed to the defendant's release subject to the following conditions:

- A $250,000 personal recognizance bond co-signed by three financially responsible co-signers and one individual for moral suasion;
- Home incarceration at the residence in Queens where he will be living and an additional bar on travel to the area around 95 Lennox Avenue in Manhattan, enforced by a location monitoring geofence;
- Surrender all travel documents and no new applications;
- No contact with co-defendants outside the presence of counsel;
- The defendant may not possess a firearm, destructive device, or other weapon; and
- Pretrial Supervision as directed.

    The parties also agree that the defendant will not be released until all conditions of his release are satisfied.

The parties respectfully request that the Court order the defendant's release subject to the above conditions, in lieu of tomorrow's bail hearing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

by: _____
Ashley C. Nicolas
Alexander Li
Andrew Rohrbach
Assistant United States Attorneys
(212) 637-2265/-6612/-2345

cc:   Gary Kaufman, Esq. (by ECF)