**THE LAW OFFICE OF GARY KAUFMAN, PLLC**
ATTORNEY AT LAW
377 BROADWAY
8th, Floor
New York, New York 10013
(347) 855-9102  FAX (212) 202-7949

October 26, 2022

Via ECF

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:     *United States v. Terrence Turner*
        22-CR-82-CM

Dear Honorable Judge McMahon,

I am writing to request a modification of Terrence Turner's bail conditions. Mr. Turner is currently released on home incarceration and is allowed out of his home to come to my office, court, and medical appointments. Mr. Turner would like to apply for public assistance benefits at the New York City Human Resources Administration Benefits Access Center at 109 E. 16th Street, New York, NY 10003 tomorrow, October 27 at 12:00pm. I am asking the Court to grant Mr. Turner permission to appear at that office then.

I have consulted with Pretrial Services, prior to making this request of the Court. Pretrial Services Officer Francesca Piperato has informed me that she does not object to this request. The Government defers to Pretrial Services.

Sincerely,

/s/
GARY M. KAUFMAN, ESQ.
Attorney for Terrence Turner

cc:     AUSAs Ashley Nicolas, Andrew Rohrbach, and Alexander Li
        Pretrial Services Officer Francesca Piperato