# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

22 CR 82-04 (CM)

TERRENCE TURNER,

        Defendant.

---

It is hereby ordered that Terrence Turner, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the to the facility designated by the United States Bureau of Prisons, before 2:00 p.m., on August 7, 2023.

_____       5/8/2023
UNITED STATES DISTRICT JUDGE         DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____     _____
(Attorney/Witness)                               (Defendant)

cc: U.S. Marshal, SDNY
     Probation Dept, SDNY
     U.S. Attorney, SDNY
     Pretrial Office, SDNY
     Defense Counsel